Civil Action No.1:25-cv-03945

# Exhibit "A"

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF COLORADO

| | | |
|---|---|---|
| LILLIAM MALM | § | |
| | § | |
| vs. | § | Civil Action No.1:25-cv-03945 |
| | § | |
| THE HOME DEPOT, U.S.A., INC. | § | JURY DEMANDED |

**INDEX OF DOCUMENTS**

**EXHIBIT A:** Index of Documents (filed with Notice of Removal)

**EXHIBIT B:** State Court Action Documents (filed with Notice of Removal) –

| Tab No. | State Court Document | Date Filed |
|---|---|---|
| B-1 | State Court Civil Case Summary | N/A |
| B-2 | Complaint and Jury Demand | 11/11/2025 |
| B-3 | District Court Civil Case Cover Sheet for Initial Pleading of Complaint, Counterclaim, Cross-Claim or Third Party Complaint and Jury Demand | 11/11/2025 |
| B-4 | District Court Civil Summons | 11/11/2025 |
| B-5 | Civil Procedure Order | 11/12/2025 |
| B-6 | Affidavit of Service | 11/13/2025 |
| B-7 | Defendant's Answer to Complaint and Jury Demand | 12/3/2025 |
| B-8 | Notice to Set Case Management Conference | 12/8/2025 |

**EXHIBIT C:** List of Parties & Counsel and Civil Cover Sheet (filed with Notice of Removal)